DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROY MATTHEWS,

Appellant,

v.

LANDMARK TOWERS AT SAND KEY CONDOMINIUM
ASSOCIATION, INC.,

Appellee.

No. 2D2025-0191

_____

November 19, 2025

Appeal from the Circuit Court for Pinellas County; Amy Williams, Judge.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

Paul A. Milberg and Benjamin I. Lazarus of Kelly Kronenberg, P.A.,
Tampa, for Appellee.


PER CURIAM.

   Affirmed.


LaROSE, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.